**Appeal Dismissed and Memorandum Opinion filed March 10, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00022-CV**

_____

**CATALYLST SOLUTIONS, LLC, Appellant**

**V.**

**HIRE PROPERTY, INC., Appellee**

**On Appeal from Count Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1113233**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 10, 2019. The notice of appeal was filed January 6, 2020. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On February 11, 2020, this court ordered appellant to pay the appellate filing fee on or before February 21, 2020, or the appeal would be dismissed. Appellant

has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Wise and Zimmerer.